| Filters Used: | | Date Printed: | **11/19/2014** |
|---|---|---|---|
| 1 Tagged Record | **Matter Report** | Time Printed: | **3:50PM** |
| | Form Format | Printed By: | **CBRINSTE** |

| | | | |
|---|---|---|---|
| Mat Ref | Herinckx, Dale Robert and Donna Rae H| | Code | Litigation |
| Matter No | 14-02549     LegalDep ISG | Staff | ISG,MPC,HLT,CAF |
| Plaintiff | | Defendant | Standard Insurance Company |
| Claimant | Julianne Lisa Herinckx     ConNo | Notify N  Trigger N  Review N  Billable Y  Private N  Status Acti |
| | | | |
| Company | Standard/SIC | Attorney | Michael Clark |
| Lit Status | Answer not yet due | Paralegal | Holly Truxal |
| Div/Dept | | Legal Asst | Chris Fisher |
| Sub Type | General | Other Atty | |
| Open | 11/19/2014 | Outside Att | Andrew Altschul     Buch |
| SSN/TIN | 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 | Oppose Att | Terrance A. Hall     Hall Law Firm |
| | | | |
| Claim No. | | Policyowne | SolarWorld Industries America, Inc. |
| Claim Statu | | Policy No | |
| Position | | Tender'd By | |
| Decision D | | Accepted | |
| Clmt Decea | Y | Is Co-Defe | |
| Claim File | | ICPL | Rein | |

Memo :   11.18.14 Service of Summons and Complaint. -- Camille

1

**EXHIBIT 1**
**Page 1 of 9**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| DALE ROBERT HERINCKX and DONNA RAE HERINCKX, as Co-Personal Representatives for the Estate of Julianne Lisa Herinckx, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL SANELLE, TERLIN PATRICK, and STANCORP FINANCIAL GROUP, INC, dba STANDARD INSURANCE COMPANY, an Oregon Corporation,<br><br>Defendants. | Case No. C14-6451CV<br><br>SUMMONS |

TO:   STANCORP FINANCIAL GROUP, INC.
      dba Standard Insurance Company
      c/o Holley Y. Franklin, Registered Agent
      1100 SW 6th Avenue P12B
      Portland, Oregon 97204

IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the PLAINTIFFS' COMPLAINT filed against you in the above-entitled cause within thirty (30) days from the date of service of this Summons upon you. If you fail to appear and defend, Plaintiffs will apply to the court for the relief demanded in the Complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the Plaintiffs' attorney or, if the Plaintiffs do not have an attorney, proof of service upon the Plaintiffs.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

s/
―――――――――――――――――――
Signature of Oregon Resident Attorney

Terrance A. Hall
―――――――――――――――――――
Type or Print Name of Resident Attorney

PAGE 1—SUMMONS

HALL LAW FIRM
ATTORNEYS AT LAW
PO BOX 280
HILLSBORO, OREGON 97123
(503) 648-4255 | HLF@halllawfirm.com

EXHIBIT 1
Page 2 of 9

1  STATE OF OREGON, County of Washington ) ss.

2   I, the undersigned attorney of record for the Plaintiffs, certify that the foregoing is an exact and complete copy of the original Summons in the above entitled cause.

3  _____
Terrance A. Hall, Attorney for Plaintiffs

4  **TO THE OFFICER OR OTHER PERSON SERVICE THIS SUMMONS:** You are hereby directed to serve a true copy of this Summons, together with a true copy of the PLAINTIFFS' COMPLAINT, upon Defendant Stancorp Financial Group, Inc., and to make your proof of service upon a separate document.

5  /s/
_____
Terrance A. Hall, Attorney for Plaintiffs

6

7  Attorney for Plaintiffs:    Terrance A. Hall
Attorney at Law
P. O. Box 280
8  Hillsboro, Oregon 97123
(503) 648-4255

PAGE 2—SUMMONS

HALL LAW FIRM
ATTORNEYS AT LAW
PO BOX 280
HILLSBORO, OREGON 97123
(503) 648-4255 | HLF@halllawfirm.com

**EXHIBIT 1**
**Page 3 of 9**

A TRUE COPY OF THE ORIGINAL

of ATTORNEY FOR  π's

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| DALE ROBERT HERINCKX and DONNA RAE HERINCKX, as Co-Personal Representatives for the Estate of Julianne Lisa Herinckx, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL SANELLE, TERLIN PATRICK, and STANCORP FINANCIAL GROUP, INC, dba STANDARD INSURANCE COMPANY, an Oregon Corporation,<br><br>Defendants. | Case No. C14-6451CV<br><br>PLAINTIFFS' COMPLAINT<br><br>Action for Wrongful Death;<br>Action for Establishing Equitable Lien and/or Constructive Trust<br><br>Claim Not Subject to Mandatory Arbitration<br><br>JURY TRIAL DEMANDED<br><br>PRAYER AMOUNT: $3,504,360<br><br>(Fee authority ORS 21.160(1)(d) |

Plaintiffs allege as follows:

### COUNT I

1.

Plaintiffs are the parents of Julianne Herinckx, (deceased) and the duly appointed co-personal representatives of their daughter's estate, Washington County Circuit Court case no. C140401PE. Julianne Herinckx, to the knowledge of her parents, died intestate on April 29, 2012, under the circumstances set forth herein. This action is brought by Plaintiffs pursuant to

PAGE 1—PLAINTIFFS' COMPLAINT

HALL LAW FIRM
ATTORNEYS AT LAW
PO BOX 280
HILLSBORO, OREGON 97123
(503) 648-4255 | HLF@halllawfirm.com

**EXHIBIT 1
Page 4 of 9**

1. the provisions of ORS 30.020 and ORS 112.455–112.555 for the benefit of the decedent's estate and others as enumerated in such statutes.

2.

On April 29, 2012 and all relevant times herein, the deceased, Julianne Herinckx, was living with Defendants Paul Sanelle and Terlin Patrick in Washington County, Oregon. The decedent had named Defendants Sanelle and Patrick as beneficiaries on a life insurance policy through her place of employment and said policy was purchased from Defendant StanCorp Financial Group, Inc., dba Standard Insurance Company, an Oregon Corporation licensed to do business in the State of Oregon. At the time of her murder, the insurance policy with Standard Insurance Company was in full force and effect and subject to the provisions of ORS 112.455-112.555, et seq., also called the Slayers Statutes.

3.

Previously, and on April 29, 2012, Defendant Paul Sanelle and Defendant Terlin Patrick conspired with felonious intent, and together caused repeated and grievous wounds and injuries to the decedent which were inflicted intentionally by Defendants Sanelle and Patrick and which caused the death of Julianne Herinckx.

4.

The conduct of Defendants Paul Sanelle and Terlin Patrick was intentional, felonious and conspiratorial for the purpose of collecting proceeds of Standard Insurance Company, Group Policy 148508, for which Defendant Paul Sanelle has been previously convicted of the crime of Murder. Defendant Terlin Patrick conspired with Defendant Paul Sanelle to stage alleged episodes of mutual combat for the purposes of killing the decedent, Julianne Herinckx.

PAGE 2—PLAINTIFFS' COMPLAINT

HALL LAW FIRM
ATTORNEYS AT LAW
PO BOX 280
HILLSBORO, OREGON 97123
(503) 648-4255 | HLF@halllawfirm.com

EXHIBIT 1
Page 5 of 9

5.

As a result of the felonious conspiracy of the Defendants, Paul Sanelle and Terlin Patrick, the decedent Julianne Herinckx suffered serious physical injuries, conscious pain and suffering, fear and mental anguish before her death, causing noneconomic damages to her estate in the amount of $750,000.

6.

As a further result of such actions of the Defendants, Paul Sanelle and Terlin Patrick, Plaintiffs have suffered a loss of society, companionship and services of the decedent all to their noneconomic damages in the amount of $750,000 each.

7.

At the time of her death, the decedent was 26 years old, had a life expectancy of over 55 years, and a work life expectancy of over 40 years. As a further result of the actions of Defendants, the Estate of Julianne Herinckx has suffered a pecuniary loss of $1,119,360.

8.

As a further result of the actions of Defendants, the estate has incurred medical, funeral and burial expenses for the estate of Julianne Herinckx, in the amount of $15,000.

COUNT II

9.

Plaintiffs re-allege those paragraphs set forth above.

10.

The conspiracy of Defendants continued even after the brutal death of Julianne Henrickx caused by Defendants, in an effort to escape responsibility and prosecution for the

PAGE 3—PLAINTIFFS' COMPLAINT

HALL LAW FIRM
ATTORNEYS AT LAW
PO BOX 280
HILLSBORO, OREGON 97123
(503) 648-4255 | HLF@halllawfirm.com

**EXHIBIT 1
Page 6 of 9**

15.

This Court should establish an equitable lien and/or constructive trust in favor of the decedent's estate over all benefits and share of any beneficiary that would otherwise pass to a Defendant as a result of the death of Julianne Herinckx, which upon Plaintiffs' information and belief has a payout of $120,000, and further declare that the Defendants have no interest in such assets, and/or otherwise provide such relief as the court deems just and equitable.

WHEREFORE, Plaintiffs Dale and Donna Herinckx pray for a judgment against the Defendants Paul Sanelle and Terlin Patrick, both individually and jointly as co-conspirators, in the amount of $3,384,360 for economic and non-economic damages; and further prays for the establishment of an equitable lien and/or constructive trust in favor of the estate for all property, including the policy in the approximate amount of $120,000, that would otherwise pass to Defendants, or any of them, by virtue of Standard Insurance Company; and further prays for their costs and disbursements incurred herein.

DATED this 12th November, 2014.

HALL LAW FIRM

s/

Terrance A. Hall, OSB #731193
Of Attorneys for Plaintiffs

Trial Attorney:
Terrance A. Hall, OSB #731193

PAGE 5—PLAINTIFFS' COMPLAINT

HALL LAW FIRM
ATTORNEYS AT LAW
PO BOX 280
HILLSBORO, OREGON 97123
(503) 648-4255 | HLF@halllawfirm.com

**EXHIBIT 1**
**Page 7 of 9**

HALL LAW FIRM
209 NE LINCOLN STREET, SUITE C
P.O. BOX 280
HILLSBORO, OREGON 97123-0280

Corporate Legal

NOV 17 2014

RECEIVED
RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7011 1570 0001 6957 1966

U.S. POSTAGE
PAID
HILLSBORO, OR
97123
NOV 13, 14
AMOUNT
$6.70
0011346S-17

STANCORP FINANCIAL GROUP, INC.
dba Standard Insurance Company
c/o Holley Y. Franklin, Registered Agent
1100 SW 6th Avenue P12B
Portland, Oregon 97204

**EXHIBIT 1**
**Page 8 of 9**

**RICOH**

Date Received: 11/17/2014 08:56 AM

10FF57069

Franklin, Holley

**P12B**

USPS

Routing #:1OFF57069

**EXHIBIT 1**
**Page 9 of 9**